

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Michael K. O'Leary*
Assistant United States Attorney

*970 Broad Street, Suite 700*      *main: (973) 645-2700*
*Newark, NJ 07102*      *direct: (973) 353-6086*
*michael.o'leary@usdoj.gov*

April 3, 2026

**BY ECF**
Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

> Re:   *Sreima v. Warden,* **No. 26-cv-540 (MAS)**
> **Adjournment Request**

Dear Judge Shipp:

This Office represents Respondent in the above-referenced habeas matter. We write to respectfully request a one-cycle adjournment of Petitioner's "Motion to Enforce Prior Order for Immediate Release or, Alternatively, Immediate Transfer for a Compliant Bond Hearing" (the "Motion"). ECF No. 11. The Motion is currently returnable on April 20, 2026. If the Court grants this request, the Motion would be returnable on May 4, 2026, and Respondent's submission would be due on April 20, 2026. This is Respondent's first request for an adjournment.

We respectfully submit that good cause exists for this adjournment request. As the Court is aware, this Office is facing an unprecedented volume of emergent immigration habeas petitions. The requested adjournment will allow us to continue to prioritize cases where petitioners have not yet received bond hearings, while still providing the Court and the parties with the benefit of a complete response to the Motion.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    */s/ Michael K. O'Leary*
        MICHAEL K. O'LEARY
        Assistant United States Attorney
        *Attorneys for Respondent*

Encls.

cc:    Counsel of record (by ECF)

**So Ordered this 6th day of April 2026**

**Honorable Michael A. Shipp, U.S.D.J.**

2